IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Anthony Moore, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:13-cv-40 |
| | ) | |
| -vs- | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION** |
| Jack Dalrymple, Governor, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that the Clerk be directed not to file the complaint and to deny Moore's request to proceed *in forma pauperis* both in this Court and on appeal (Doc. #10). Moore has not filed an objection to the Report and Recommendation within the requisite time period.

After a careful review of the magistrate judge's Report and Recommendation and the entire record, the Court finds the magistrate judge's analysis is correct. The Clerk is directed not to file the complaint. Moore's motions to proceed *in forma pauperis* (Docs. #2 & 9) are **DENIED**. Moore's motions for counsel (Doc. #4) and for an order to show cause (Doc. #5) are **DISMISSED as MOOT**. The Court further Orders that this case be **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated this 20th day of November, 2013.

                                                 */s/ Ralph R. Erickson*
                                                 Ralph R. Erickson, Chief Judge
                                                 United States District Court